IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED 05 APR 21 AM 9:3_

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

UNITED STATES OF AMERICA,

VS.                                            NO. 04-20502-Ma/A

JEFFREY HARDIN,

    Defendant.

---

ORDER OF REFERENCE

---

Before the court is the March 28, 2005 Petition to modify the conditions of defendant's bond.

This matter is hereby referred to the magistrate judge for a hearing on the proposed modifications and a determination.

It is so ORDERED this 20th day of April, 2005.

                        SAMUEL H. MAYS, JR.
                        UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 31 in case 2:04-CR-20502 was distributed by fax, mail, or direct printing on April 21, 2005 to the parties listed.

---

J. Patten Brown
200 Jefferson, Suite 200
Memphis, TN 38103

Katrina U. Earley
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT