IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CR. NO. 04-20502-01-Ma |
| | ) | |
| JEFFREY HARDIN, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER ON CHANGE OF PLEA

This cause came on to be heard on July 1, 2005, the United States Attorney for this district appearing for the Government and the defendant, Jeffrey Hardin, appearing in person and with appointed counsel, Mr. J. Patten Brown, III.

With leave of the Court, the defendant entered a plea of guilty to Count 1 of the Indictment. Plea colloquy was held and the Court accepted the guilty plea.

Sentencing in this matter is set for **Friday, October 7, 2005 at 2:00 p.m.**

The defendant is referred to the Magistrate Judge for a detention hearing. Pending such hearing, defendant shall remain on his present bond.

**ENTERED** this the 1st day of July, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 7-7-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 44 in case 2:04-CR-20502 was distributed by fax, mail, or direct printing on July 7, 2005 to the parties listed.

---

Katrina U. Earley
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

J. Patten Brown
200 Jefferson, Suite 200
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT