IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA

v.  Cr. No. 04-20502-Ma

JEFFREY HARDIN

## ORDER REVOKING BOND

This cause came on to be heard on 07/14/05, pursuant to a petition for revocation of bond filed by Pretrial Services, alleging violation of the conditions of the defendant's pretrial release. After hearing evidence, the court determined that the conditions of the defendant's pretrial release had been violated; therefore, it is ORDERED that the defendant's bond be and hereby is revoked. The defendant will be held in custody pending the trial of this matter.

IT IS SO ORDERED.

S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

DATE: July 15, 2005

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 7-20-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 48 in case 2:04-CR-20502 was distributed by fax, mail, or direct printing on July 20, 2005 to the parties listed.

---

J. Patten Brown
200 Jefferson, Suite 200
Memphis, TN 38103

Katrina U. Earley
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT